**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE:   Docket Number 2021-CA-0288

Kenneth M. Dean

- - Versus - -

Anthony Dimattia, also known as Anthony Paul Miller

21st Judicial District Court
Case #: 2017000224
Tangipahoa Parish

Consolidated with the following:

2021 - CA - 0289
Kenneth M. Dean
versus
Tyffanie A. Vial and the Title Source of Louisiana, L.L.C.

On Application for Rehearing filed on 10/18/2021 by Kenneth Dean

Rehearing _____ **DENIED** _____

_____
J. Michael McDonald

_____
Walter I. Lanier, III

_____
Elizabeth Wolfe

Date __NOV 0 4 2021_____

_____
Rodd Naquin, Clerk